DAVID B. LOWRY  
9900 SW Greenburg Road  
Columbia Business Center, Suite 235  
Portland, Oregon 97223  
(503) 245-6309  
OSB NO. 73372  

FILED '07 DEC 07 15:20 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Douglas Hayes**

        **Plaintiff,**

vs.                                                           Civil No. 06-cv-1543-BR

**Commissioner of Social Security**

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$9.19**, costs in the amount of **$11.40**, and attorney's fees in the amount of **$4556.64**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 7th day of December, 2006.

_____  
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**